AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.
TREAMON DAEMAR THOMAS

*Defendant(s)*

Case No. 26-1806

**UNDER SEAL**

FILED
11/03/2026 at 1:30 PM
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2026 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 922(o) | Possession of a machinegun, in violation of Title 18, United States Code, Section 922(o). |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

/s/David Ernst
*Complainant's signature*

David Ernst, SA, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/03/2026

*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Hon. Kezia O. L. Taylor, U.S. Magistrate Judge
*Printed name and title*